# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Case No. |
| Plaintiff, : | **1:09CR 098** |
| v. : | Judge |
| TERRY G. HACKER, : | INFORMATION  **WEBER** |
| Defendant. : | 29 U.S.C. § 501(c) |

The United States Attorney charges:

## COUNT 1

Beginning on or about April 5, 2005, and continuing up to and including July 11, 2006, in the Southern District of Ohio, the defendant Terry G. Hacker, while an officer, that is, financial secretary/treasurer of UNITE-HERE Local 12, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $38,146.69.

**All in violation of Title 29, United States Code, Section 501(c).**

GREGORY G. LOCKHART
United States Attorney

ANTHONY SPRINGER
Deputy Criminal Chief